UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

DELFINO ADAN DIAZ,

                        Plaintiff,

       -against-

PARKASH 1630 LLC, et al.,

                       Defendants.
------------------------------------------------------------X

21-CV-08382 (VEC)(SN)

**SETTLEMENT CONFERENCE ORDER**

**SARAH NETBURN, United States Magistrate Judge:**

      A settlement conference is scheduled for Tuesday, April 25, 2023, at 10:00 a.m. in Courtroom 219, Thurgood Marshall Courthouse, 40 Foley Square, New York, New York.

      The parties are directed to review and comply with the Procedures for Cases Referred for Settlement to Magistrate Judge Sarah Netburn, a copy of which is available on the Court's website at https://nysd.uscourts.gov/hon-sarah-netburn. The parties are strongly encouraged to engage in good-faith settlement negotiations before the settlement conference and preferably before the submission to the Court of the *Ex Parte* Settlement Letters and Acknowledgment Forms, which are to be submitted by email to Netburn_NYSDChambers@nysd.uscourts.gov, by Tuesday, April 18, 2023. Should the parties resolve the litigation before the conference date, they must notify the Court in writing immediately.

SO ORDERED.

SARAH NETBURN
United States Magistrate Judge

DATED:   March 2, 2023
                New York, New York