```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/5/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

DELFINO ADAN DIAZ,

                              Plaintiff,                    21-CV-08382 (VEC)(SN)

            -against-                                  **ORDER**

PARKASH 1630 LLC, et al.,

                              Defendants.

-------------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

    The settlement conference currently scheduled for 10:00 a.m. on Thursday, July 20, 2023, will instead begin at 11:00 a.m. in Courtroom 219, Thurgood Marshall Courthouse, 40 Foley Square, New York, New York.

**SO ORDERED.**

                                                                  SARAH NETBURN
                                                                  United States Magistrate Judge

DATED:      July 5, 2023
                New York, New York