**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------X

DELFINO ADAN DIAZ,

                                      Plaintiff,                    **21-CV-08382 (VEC)(SN)**

                 -against-                                          **ORDER**

PARKASH 1630 LLC, et al.,

                                      Defendants.

------------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge**:

On July 20, 2023, the parties appeared before me for a settlement conference and reached

an agreement in principle. At that time, the Court directed the parties to submit their settlement

agreement for the Court's review no later than August 21, 2023. On August 24, 2023, having

received no such submission, the Court emailed all counsel and directed them to provide an

update no later than August 25, 2023. To date, the Court has received no response.

Accordingly, all parties are ORDERED to file a joint status letter no later than August 30,

2023.

**SO ORDERED.**

SARAH NETBURN
United States Magistrate Judge

DATED:        August 29, 2023
              New York, New York