UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

DELFINO ADAN DIAZ,

                            **Plaintiff,**                            21-CV-08382 (VEC)(SN)

    -against-                                            **ORDER**

PARKASH 1630 LLC, et al.,

                            **Defendants.**

-------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge**:

       The Court extended the parties' deadline to file their settlement agreement for the Court's review to September 15, 2023. See ECF No. 54. To date, the settlement agreement has not been filed. Accordingly, the parties are directed to file the settlement agreement by September 22, 2023. The parties are further encouraged to consent to the Court's jurisdiction for purposes of approval of the settlement agreement. Should they decline to do so, the parties must also file a motion for approval before Judge Caproni pursuant to her individual rules.

**SO ORDERED.**

                                                                         SARAH NETBURN
                                                                         United States Magistrate Judge

DATED:     September 19, 2023
                 New York, New York