UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

DELFINO ADAN DIAZ,

                            Plaintiff,

        -against-

PARKASH 1630 LLC, et al.,

                            Defendants.

------------------------------------------------------------X

21-CV-08382 (VEC)(SN)

**ORDER**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/11/2023

**SARAH NETBURN, United States Magistrate Judge**:

    A conference is scheduled for Tuesday, October 17, 2023, at 3:00 p.m. in Courtroom 219, Thurgood Marshall Courthouse, 40 Foley Square, New York, New York. The conference will be adjourned if, before October 17, 2023, the parties file (1) their settlement agreement and (2) either (i) a consent to the Court's jurisdiction or (ii) a motion for approval before Judge Caproni pursuant to her individual rules.

**SO ORDERED.**

                                                                     SARAH NETBURN
                                                                     United States Magistrate Judge

DATED:     October 11, 2023
                New York, New York