UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

DELFINO ADAN DIAZ,

                            Plaintiff,

         -against-

PARKASH 1630 LLC, et al.,

                           Defendants.
------------------------------------------------------------X

21-CV-08382 (VEC)(SN)

**ORDER**

**SARAH NETBURN, United States Magistrate Judge**:

      In light of the parties' failure to either consent to the Court's jurisdiction or file a motion for approval before Judge Caproni, the parties are directed to appear for a conference on Tuesday, October 17, 2023, at 3:00 p.m. in Courtroom 219, Thurgood Marshall Courthouse, 40 Foley Square, New York, New York, as scheduled. The Court will adjourn the conference only if either a signed consent or a motion is filed.

**SO ORDERED.**

SARAH NETBURN
United States Magistrate Judge

DATED:   October 17, 2023
                New York, New York