UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

DELFINO ADAN DIAZ,

                               Plaintiff,

      -against-

PARKASH 1630 LLC, et al.,

                             Defendants.
------------------------------------------------------------X

21-CV-08382 (VEC)(SN)

**ORDER**

**SARAH NETBURN, United States Magistrate Judge**:

    In light of the parties' consent to the Court's jurisdiction, the conference scheduled for Tuesday, October 17, 2023, is adjourned without date.

**SO ORDERED.**

*/s/ Sarah Netburn*
SARAH NETBURN
United States Magistrate Judge

DATED:    October 17, 2023
                  New York, New York