UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

DELFINO ADAN DIAZ,

                        Plaintiff,                      21-CV-08382 (SN)

         -against-                             **ORDER**

PARKASH 1630 LLC, et al.,

                        Defendants.
------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge**:

     In this Fair Labor Standards Act case, the parties appeared before the Court for a settlement conference on July 20, 2023, and reached an agreement in principle. On October 17, 2023, the parties submitted a proposed settlement agreement for the Court's review pursuant to Cheeks v. Freeport Pancake House, 796 F.3d 199 (2d Cir. 2015). ECF No. 59. Having reviewed the proposed settlement, the Court determines that it is fair and reasonable. The settlement is APPROVED, and this action is DISMISSED with prejudice.

**SO ORDERED.**

                                                     SARAH NETBURN
                                                     United States Magistrate Judge

DATED:     October 20, 2023
                 New York, New York